TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00028-CV

In the Matter of D. L. R. W.

FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY

NO. 791-97CC, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

 We will dismiss this appeal for want of prosecution. By letter dated June 3, 1998,
this Court's clerk notified the parties of failures to prosecute the appeal. The clerk specifically
noted the failure to make arrangements to pay for the record or to file a docketing statement. The
clerk noted that correspondence in the appellate record indicated the trial court had rejected the
appellant's plea of indigence. The clerk requested a response explaining why the appeal should
remain on this Court's docket. The clerk warned that failure to respond by June 15, 1998 could
lead to dismissal for want of prosecution. No response has been filed, nor has any record or
brief. 

 We dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed for Want of Prosecution

Filed: July 16, 1998

Do Not Publish